

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S. D. N. Y.

BROOKE BIRNBAUM
*Assistant Corporation Counsel*
(212) 676-1347
(212) 788-9776 (fax)
bbirnbau@law.nyc.gov

RECEIVED JAN 29 2008

January 28, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08

**BY HAND**
Honorable Loretta A. Preska
United States District Judge
United States Courthouse, Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: <u>Grimmond Bascom v. The City of New York et al.</u>
         08-cv-00169 (LAP)(AJP)

Your Honor:

       As the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to defend the above-referenced matter, I write to respectfully request that the Court grant defendant City of New York a sixty (60) day enlargement of time to and including March 28, 2008 in which to respond to the complaint. Plaintiff's counsel, Mr. Richard Cardinale, consents to this request.

       Plaintiff brings this action pursuant to 42 U.S.C. §1983 alleging, *inter alia,* that on October 16, 2006, he was falsely arrested, subjected to excessive force, and illegally strip searched at the 67th Precinct of the New York City Police Department. According to plaintiff's complaint, on October 17, 2006, he was released from Central Booking because the District Attorney's Office declined to prosecute him. Based on the foregoing, it is necessary for defendant City of New York to acquire as much information as possible concerning this matter in order to properly assess the case and respond to the complaint. Currently, this office is in the process of forwarding to plaintiff for execution, a consent and authorization for the release of records sealed pursuant to New York Criminal Procedure Law § 160.50 and a release for plaintiff's medical records. Defendant cannot obtain these records without plaintiff's authorizations, and without the records, defendant cannot properly assess this case or respond to the complaint.

       No previous request for an enlargement of time has been made. Accordingly, it is respectfully requested that <u>defendant's time to respond to the complaint be extended to and including March 28, 2008.</u>

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

February 4, 2008

I thank Your Honor for considering the within request.

Respectfully submitted,

Brooke Birnbaum (BB 8338)
Assistant Corporation Counsel

cc:   Mr. Richard Cardinale, Esq. (By Fax)