ATTORNEYS AT LAW
26 COURT STREET, SUITE 1815
BROOKLYN, NEW YORK 11242
(718) 624-9391
Facsimile (718) 624-4748

Richard J. Cardinale
Robert J. Marinelli

April 3, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08
```

BY FAX
The Honorable Loretta A. Preska
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

Re: Bascom v. City of New York, 08 CV 0169 (LAP)

Your Honor:

I represent the plaintiff in this case alleging police misconduct. An initial conference is scheduled for April 23, 2008, at 9:00 a.m. Because I will be on vacation from April 21 to April 29, 2008, I request that the Court reschedule the conference. Defense counsel consents to a rescheduling of the conference. If it is possible, the parties request that Your Honor reschedule the conference to the morning of May 6, 13, 15, or 16.

Thank you.

*The initial pretrial conference is adjourned to May 15, 2008 at 9:00 a.m.*

Sincerely,

Richard J. Cardinale

SO ORDERED
Loretta A. Preska
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Copy: Brooke Birnbaum (by fax).

April 7, 2008